■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAMON LALONDRIZ-CASTILLO, Appellant. [993 NYS2d 522]—

Judgment, Supreme Court, New York County (A. Kirke Bartley, Jr., J.), rendered February 3, 2014, convicting defendant, upon his plea of guilty, of attempted murder in the second degree, and sentencing him to a term of 15 years, unanimously affirmed.

Assuming that defendant's right to challenge his sentence survives his waiver of his right to appeal, we perceive no basis for reducing the sentence. Concur—Friedman, J.P., Acosta, Saxe, Gische and Kapnick, JJ.